USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

SALIFOU CONDE,
SEKHOU TOURE,
ABRAHIM DUKURAY,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE, and
ALSENY KEITA,

                     Defendants.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for arraignments in this matter on November 19, 2019; and

WHEREAS on November 19, 2019, Defendants pled not guilty;

IT IS HEREBY ORDERED that:

1. The Government must produce all discovery by **December 20, 2019**.

2. The parties are directed to appear for a status conference on **January 31, 2020 at 2:30 p.m.** at which time the Court will set a motions schedule and a trial date.

**SO ORDERED.**

Date: November 19, 2019
      New York, NY

                                 **VALERIE CAPRONI**
                               **United States District Judge**