

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

December 20, 2019

**BY CM/ECF**
The Hon. Valerie E. Caproni
United States District Court for the
 Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Salifou Conde et al.*, **19 Cr. 808 (VEC)**

Dear Judge Caproni:

The Government writes to request an extension of time from December 20, 2019, to January 3, 2020, within which to produce discovery in this case.

On November 13, 2019, a grand jury sitting in this District returned an Indictment charging Salifou Conde, Sekhou Toure, Alseny Keita, Abrahim Dukuray, Aboubakar Bakayoko, and Sylvain Gnali Gnahore each with one count of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; one count of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2; and one count of conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349. At arraignments on November 19, 2019, the Government requested 30 days to produce discovery, and the Court set a deadline of December 20, 2019, for discovery to be produced.

The Government intends to produce nearly all of the discovery in this case – which contains financial information and personally identifying information – pursuant to a protective order. On December 5, 2019, the Government circulated to defense counsel a proposed protective order and a stipulation regarding draft translations. On December 14, 2019, the Government circulated updated drafts of both documents in response to defense counsel's comments. The Government did not receive executed copies from all defendants. On or about December 18, 2019, the Government learned for the first time that counsel for defendant Sylvain Gnali Gnahore intended to request a discovery coordinator in the case. On December 18, Gnahore requested a discovery coordinator, and the Court appointed one the next day, on December 19. The protective order previously circulated to defense counsel does not contemplate a discovery coordinator and, as such, a new protective order will be required. On December 20, the Government circulated a new proposed protective order to defense counsel.

Because no protective order is currently in place and nearly all discovery is intended to be produced pursuant to a protective order, the Government requests an extension of time until

January 3, 2020, within which to produce discovery in this case. Counsel for defendants Sekhou Toure and Abrahim Dukuray have consented to this request. As of the time of filing, counsel for defendants Salifou Conde, Aboubakar Bakayoko, and Sylvain Gnali Gnahore have not indicated whether or not they consent to this request.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:     /s/
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   12/26/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE