USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:           19 cr. 808(VEC)
 - v. - :
:           ORDER
SALIFOU CONDE, :
SEKHOU TOURE, :
ABRAHIM DUKURAY, :
ABOUBAKAR BAKAYOKO, :
SYLVAIN GNAHORE, and :
ALSENY KEITA, :
:
                        Defendants. :
-------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the Status Conference currently scheduled for Friday, January 31, 2020 at 2:00 p.m. will now be held on Friday, January 31, 2020 at 11:30 p.m.

SO ORDERED.

Dated: New York, New York
       January 10, 2020

                                      _____
                                      VALERIE CAPRONI
                                      United States District Judge