USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

SALIFOU CONDE,
SEKHOU TOURE,
ABRAHIM DUKURAY,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE, and
ALSENY KEITA,

                    Defendants.
------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference in this matter on February 26, 2020;

IT IS HEREBY ORDERED that:

1. Defendants' pretrial motions are due **May 1, 2020**, with the Government's responses due **May 22, 2020**, and Defendants' replies, if any, due **June 2, 2020.**

2. Trial in this case will begin on **August 3, 2020 at 10:00 a.m.**

    a. *Motions in limine* are due **June 19, 2020**, with responses due **July 1, 2020.**

    b. Proposed *voir dire* questions and requests to charge are due **July 17, 2020.** Proposed *voir dire* questions should be focused specifically on the facts of this case.

    c. The parties must appear for a Final Pretrial Conference on **July 28, 2020 at 2:30 p.m.**

3. If a successful motion to sever is made, the trial of the severed defendants will begin on **August 24, 2020 at 10:00 a.m**.

    a. *Motions in limine* are due **July 7, 2020**, with responses due **July 20, 2020.**

    b. Proposed *voir dire* questions and requests to charge are due **August 7, 2020.** Proposed *voir-dire* questions should be focused specifically on the facts of this case.

    c. The parties must appear for a Final Pretrial Conference on **August 20, 2020 at 2:30 p.m.**

4. All counsel are required to maintain availability for both trial dates until further ordered.

**SO ORDERED.**

**Date: February 26, 2020**
      **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**