USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

SALIFOU CONDE,
SEKHOU TOURE,
ABRAHIM DUKURAY,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE, and
ALSENY KEITA,

                              Defendants.

---------------------------------------------------------------- X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 28, 2020 Defendant Salifou Conde moved for an Order modifying the terms of Defendant's pretrial release to permit him to travel to Guinea from March 7, 2020 to March 17, 2020 (Dkt. 47);

IT IS HEREBY ORDERED that:

1. The parties must appear for oral argument on **March 2, 2020 at 2:45 p.m.**

2. The Government must be prepared to inform the Court whether the United States has an extradition treaty with Guinea.

**SO ORDERED.**

Date: **February 28, 2020**
      New York, NY

_____
      **VALERIE CAPRONI**
      **United States District Judge**