USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **Order Modifying the Terms** |
| Plaintiff, | ) | **of Defendant's Pretrial Release** |
| | ) | **to Permit Travel** |
| v. | ) | |
| | ) | Case No. 19-cr-808 (VEC) |
| SALIFOU CONDE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER having been brought before the Court on motion of Defendant, Salifou Conde, by and through Counsel, for an Order modifying the terms of the Defendant's pretrial release to permit travel to Guinea, West Africa and to direct the temporary return of the Defendant's travel documents, and the Court having considered the matter and good cause appearing,

IT IS on this __3__ day of __March__, 2020,

**ORDERED** that the terms of Defendant's pretrial release shall be modified as follows:

1. Defendant shall be permitted to travel to Guinea, West Africa on March 7, 2020 through March 17, 2020 for the purpose of visiting his terminally ill father.

2. The Defendant's travel documents shall be immediately returned to the Defendant to allow for his travel to Guinea on the above dates, and the Defendant shall re-surrender all travel documents to Pretrial Services no later than March 19, 2020.

All other terms of Defendant's pretrial release shall remain applicable.

Defendant must surrender his older child's passport to pretrial services no later than **March 5, 2020.** Defendant's own travel documents must not be returned to him until he has surrendered his child's passport. Defendant must also submit a detailed itinerary, including flight numbers and lodging information, to pretrial services no later than **March 5, 2020.**

_____   3/3/2020
Honorable Valerie E. Caproni, U.S.D.J.