USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

SALIFOU CONDE,
SEKHOU TOURE,
ABRAHIM DUKURAY,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE,
ISSIAGA SYLLA
and
ALSENY KEITA,

Defendants.

------------------------------------------------------------X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a jury trial is scheduled in this case (Dkts. 45, 60);

IT IS HEREBY ORDERED THAT: In light of the COVID-19 pandemic, the trial is adjourned *sine die*. The Court will set a new trial date as soon as jury trials become feasible again. The parties will be given at least one month notice of their new trial date.

**SO ORDERED.**

**Date:** May 26, 2020
**New York, New York**

   **VALERIE CAPRONI**
   **United States District Judge**