```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
        -against-                  :
                                   :
SALIFOU CONDE,                     :         19-CR-808 (VEC)
ABRAHIM DUKURAY,                   :
ABOUBAKAR BAKAYOKO,                :         ORDER
SYLVAIN GNAHORE,                   :
ISSIAGA SYLLA                      :
and                                :
ALSENY KEITA,                      :
                                   :
                    Defendants.    :
------------------------------------------------------------:
                                   X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the trial in this case was adjourned *sine die* due to the COVID-19 pandemic (Dkts. 77, 81);

   WHEREAS Defendant Conde filed a motion to sever his trial (Dkt. 72);

   IT IS HEREBY ORDERED THAT:  The parties must appear for oral argument on Defendant's motion on **September 17, 2020 at 11:00 a.m.**  The parties must appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0808. All parties should appear and be prepared to set a schedule for motions *in limine* and a trial date.

**SO ORDERED.**

Date:  September 3, 2020                                  _____
       New York, New York                                 **VALERIE CAPRONI**
                                                          **United States District Judge**