```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :
     -against-                       :
                                     :
SALIFOU CONDE,                       :       19-CR-808 (VEC)
ABOUBAKAR BAKAYOKO,                  :
SYLVAIN GNAHORE,                     :       ORDER
ISSIAGA SYLLA                        :
and                                  :
ALSENY KEITA,                        :
                                     :
                       Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 17, 2020 a status conference in this case was held via teleconference;

WHEREAS if the current Southern District of New York restrictions on the number of defendants who can be tried together continue in force and effect into early 2021, the Court will be unable to conduct a single trial with all four remaining Defendants who have appeared to date;

IT IS HEREBY ORDERED THAT:

1. The Court will set two trial dates at this time, recognizing that both may be unnecessary depending on the state of restrictions in early 2021 and depending on whether additional Defendants plead guilty in advance of trial;

2. The first trial in this case will begin on **February 1, 2021 at 10:00 a.m**. The second trial will begin on **March 1, 2021 at 10:00 a.m.**

    a. Motions *in limine* are due by **November 2, 2020**, with responses due by **November 18, 2020.**

    b. Proposed *voir dire* questions and requests to charge are due by **December 4, 2020.** Proposed *voir dire* questions should be focused specifically on the facts of this case.

    c. A final pretrial conference for the first trial will be held on **January 21, 2021 at 2:30 p.m.**

3. If more than two Defendants remain in this case as of December 1, 2020, the parties must meet and confer and notify the Court of proposed trial groupings by **December 4, 2020**. If the parties cannot agree on trial groupings, the Government and each Defendant must submit their respective proposal and a short explanation.

4. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between September 17, 2020 and February 1, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendants' and the public's interests in a speedy trial.

**SO ORDERED.**

Date: **September 17, 2020**
      **New York, New York**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**