```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA                      :
                                              :      19-CR-808 (VEC)
    -against-                                 :
                                              :      ORDER
SALIFOU CONDE                                 :
                                              :
                                              :
                          Defendant           :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 29, 2020 the parties appeared for a videoconference;

IT IS HEREBY ORDERED that: No later than **November 2, 2020**, Mr. Mullin must submit a sealed, ex parte submission detailing: (i) why Mr. Conde is requesting a new attorney at this stage in the case and (ii) why Mr. Conde qualifies for a CJA attorney if he has financial resources readily available from his family.

**SO ORDERED.**

Date: October 29, 2020
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**