```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :        19-CR-808 (VEC)
        -against-                     :
                                      :        ORDER
SALIFOU CONDE                         :
                                      :
                                      :
                    Defendant         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2020 Mr. Mullin filed a motion to withdraw as Mr. Conde's attorney;

IT IS HEREBY ORDERED that: The parties must appear for a video conference on **November 5, 2020 at 10:00 a.m**. Links to appear via video will be sent directly to Mr. Mullin, for him and Mr. Conde, and to the AUSA.

**SO ORDERED.**

Date: November 2, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**