```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:  19-CR-808 (VEC)
-against- :
:  ORDER
SALIFOU CONDE :
:
:
Defendant :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2020 Mr. Mullin filed a motion to withdraw as Mr. Conde's attorney;

IT IS HEREBY ORDERED that: The parties must appear for a video conference on **November 9, 2020 at 5:00 p.m**. Links to appear via video will be sent directly to Mr. Mullin, Mr. Conde, and to the AUSA.

IT IS FURTHER ORDERED that Chambers will email a copy of this order directly to Mr. Conde, who is warned that if he fails to appear for the video conference his bail may be revoked.

**SO ORDERED.**

Date: **November 6, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**