```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :     19-CR-808 (VEC)
         -against-                         :
                                           :     ORDER
SALIFOU CONDE,                             :
                                           :
                              Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 9, 2020, the Court relieved Mr. Mullin from his representation of Mr. Conde;

IT IS HEREBY ORDERED: Mr. Donald Yannella is appointed to represent Mr. Conde pursuant to the Criminal Justice Act, , 18 U.S.C. § 3006A.  Mr. Yannella is requested to file a notice of appearance and contact Mr. Conde promptly.

**SO ORDERED.**

**Dated: November 9, 2020**
     **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**