UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA                              :
                                                      :
                    -against-                         :
                                                      :
SALIFOU CONDE,                                        :
ABOUBAKAR BAKAYOKO,                                   :
SYLVAIN GNAHORE,                                      :
ISSIAGA SYLLA                                         :
and                                                   :
ALSENY KEITA,                                         :
                                                      :
                              Defendants.  :
--------------------------------------------------------------X

```
+-------------------------------------+
| USDC SDNY                           |
| DOCUMENT                            |
| ELECTRONICALLY FILED                |
| DOC #:_____               |
| DATE FILED: 12/7/2020 _____         |
+-------------------------------------+
```

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS requests to charge and proposed *voir dire* questions for Defendants Conde, Bakayoko, Gnahore, and Sylla were due on **December 4, 2020** (Dkt. 97);

IT IS HEREBY ORDERED THAT:  If Defendants Conde, Bakayoko, Gnahore, and Sylla wish to submit requests to charge or proposed *voir dire* questions, they must request a *nunc pro tunc* extension of their deadline not later than **December 9, 2020**.  The request must show good cause for failure to file the pretrial submissions by the Court-ordered deadline.

SO ORDERED.

Date:  December 7, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**