USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA  :

    -against-  :

SALIFOU CONDE,  :    19-CR-808 (VEC)
ABOUBAKAR BAKAYOKO,  :
SYLVAIN GNAHORE,  :    ORDER
ISSIAGA SYLLA  :
and  :
ALSENY KEITA,  :

                       Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trials in this case are scheduled for February 1, 2021 and March 1, 2021;

IT IS HEREBY ORDERED THAT:

1. The first trial in this case will begin on **March 15, 2021 at 10:00 a.m**. A pretrial conference will be held on **March 11, 2021 at 2:00 p.m.**

2. The second trial in this case will be held on **April 19, 2021 at 10:00 a.m**. A pretrial conference will be held on **April 15, 2021 at 2:00 p.m.**

3. All other deadlines remain the same.

**SO ORDERED.**

Date: December 8, 2020
New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**