

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ 07661** | **New York, NY 10279** |
| | (Preferred mailing address) |

December 9, 2020

Hon. Valerie E. Caproni
United State District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    United States v. Salifou Conde, 19 Cr. 808 (VEC)

Hon. Valerie E. Caproni:

    I am counsel for Salifou Conde, having been assigned under the Criminal Justice Act on November 9, 2020, when retained counsel was relieved. Since then, I have been meeting with Mr. Conde and attempting to familiarize myself with voluminous discovery in order to prepare for trial.

    I respectfully request that Your Honor issue an Order, nunc pro tunc to December 4, 2020, extending time until December 11, 2020, for me to file Requests to Charge and a Proposed Examination of Jurors. Because I am new to the case, I had not calendared the deadlines. I was not counsel for Mr. Conde when those dates were set. An extension of time would be greatly appreciated.

    AUSA Kedar Bhatia informs me that he has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED. Defendant's Requests to Charge and proposed *voir dire* questions are due **December 11, 2020.**

SO ORDERED.

*[signature]*
12/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE