```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

SALIFOU CONDE,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE,
ISSIAGA SYLLA
and
ALSENY KEITA,

                          Defendants.
-------------------------------------------------------------- X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS trials in this case are scheduled for March 15, 2021 and April 19, 2021;

WHEREAS on December 11, 2020, the Government submitted its proposed trial groupings (Dkt. 144);

WHEREAS defense counsel for Mr. Gnahore and Mr. Sylla have indicated that they have scheduling conflicts with the March 15, 2021 trial date;

IT IS HEREBY ORDERED THAT:

1. In light of the defense attorneys' conflicts, the trial date for Mr. Sylla and Mr. Gnahore is adjourned *sine die*. The new trial date is likely to be in April or May of 2021. The parties will receive at least one month notice of their trial date.

2. No later than **December 28, 2020**, counsel for Mr. Conde, Mr. Keita, and Mr. Bakayoko must submit a letter indicating whether they have any objections to trial beginning on March 15, 2021.

**SO ORDERED.**

Date: December 18, 2020
      New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**