USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA       :
                                                                      :
       -against-             :
                                                                       :
SALIFOU CONDE,                 :         19-CR-808 (VEC)
ABOUBAKAR BAKAYOKO,            :
SYLVAIN GNAHORE,               :         ORDER
ISSIAGA SYLLA                  :
and                            :
ALSENY KEITA,                  :
                        Defendants.   :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trials in this case are scheduled for March 15, 2021 and April 19, 2021;

WHEREAS on December 11, 2020, the Government submitted its proposed trial groupings (Dkt. 144);

WHEREAS on December 18, 2020, the Court directed counsel for Mr. Conde, Mr. Keita, and Mr. Bakayoko must submit a letter indicating whether they have any objections to trial beginning on March 15, 2021 (Dkt. 151);

IT IS HEREBY ORDERED THAT:

1. Trial for Mr. Conde, Mr. Keita, and Mr. Bakayoko will begin on **March 15, 2021 at 10:00 a.m.** A final pretrial conference will be held on **March 11, 2021 at 2:00 p.m.**

2. As previously directed, *motions in limine* regarding Mr. Keita are due by **January 15, 2021**, with responses due by **January 29, 2021**. *See* Dkt. 105. Mr. Keita's proposed *voir dire* questions and requests to charge are due by **February 15, 2021.** *Id.*

**SO ORDERED.**

Date:  December 29, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**