```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA          :

              -against-                             :

  SALIFOU CONDE,                       :        19-CR-808 (VEC)
  ABOUBAKAR BAKAYOKO,         :
  SYLVAIN GNAHORE,               :        ORDER
  ISSIAGA SYLLA                      :
  and                                      :
  ALSENY KEITA,                        :
                         Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trials in this case are scheduled for March 15, 2021 and April 19, 2021;

IT IS HEREBY ORDERED THAT:

1. Due to the COVID-19 pandemic, both trials in this case are adjourned *sine die.* The parties will get at least one month notice of their new trial dates.

2. Motions *in limine* regarding Mr. Keita remain due by **January 15, 2021**, with responses due by **January 29, 2021**. *See* Dkt. 105. Mr. Keita's proposed *voir dire* questions and requests to charge are due by **February 15, 2021.** *Id.*

**SO ORDERED.**

Date: January 5, 2021
      New York, New York

                                                            **VALERIE CAPRONI**
                                                             **United States District Judge**