Case 1:19-cr-00808-VEC   Document 177   Filed 03/22/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :      19-CR-808 (VEC)
-against-                          :
                                   :      ORDER
SALIFOU CONDE                      :
                                   :
                                   :
                        Defendant  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 19, 2021 a teleconference was held regarding Mr. Conde's bail conditions;

IT IS HEREBY ORDERED that: The parties must appear for a hearing **in person** on **March 23, 2021 at 11:00 a.m**. in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

**SO ORDERED.**

Date: March 19, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**