UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/25/2021
```

-------------------------------------------------------------X

UNITED STATES OF AMERICA      :
     :
        -against-      :
     :
SALIFOU CONDE,      :      19-CR-808 (VEC)
ABOUBAKAR BAKAYOKO,      :
SYLVAIN GNAHORE,      :      ORDER
ISSIAGA SYLLA      :
     ::
           Defendants.   :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on March 24, 2021, a Superseding Indictment was filed (Dkt. 181);

     IT IS HEREBY ORDERED THAT:  An arraignment will be held in-person on **April 8, 2021 at 11:30 a.m.** in **Courtroom 110**.

     The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

     Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0808.  Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: **March 25, 2021**
        **New York, New York**             **VALERIE CAPRONI**
                                                **United States District Judge**