**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ  07661 | 233 Broadway, Suite 2370<br>New York, NY  10279<br>(Preferred mailing address) |

March 26, 2021

Hon. Valerie E. Caproni
United State District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　　United States v. Salifou Conde
　　　　　　　　19 Cr. 808 (VEC)

Hon. Valerie E. Caproni:

　　I am counsel for Salifou Conde, who was given until today to find three new cosigners. One cosigner has been interviewed and approved. Another cosigner started getting interviewed today, but has not yet been approved. My client is searching for a third cosigner.

　　With the consent of Assistant United States Attorney Kedar Bhatia, I respectfully request that the deadline to satisfy the conditions of the bond be extended until March 30, 2021.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　Donald J. Yannella, Esq.

c.　　AUSA Kedar Bhatia
　　　Pretrial Services Officer Kristen McKeown

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
3/29/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE