
**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2021
```

Law Offices of
## Donald J. Yannella
A Professional Corporation
**Email:** nynjcrimlawyer@gmail.com
Tel:  (212) 226-2883
Fax:  (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ  07661 | 233 Broadway, Suite 2370<br>New York, NY  10279<br>(Preferred mailing address) |

April 2, 2021

Hon. Valerie E. Caproni
United State District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    United States v. Salifou Conde
                19 Cr. 808 (VEC)

Hon. Valerie E. Caproni:

      I am counsel for Salifou Conde.  With the consent of Assistant United States Attorney Kedar Bhatia, I respectfully request that Mr. Conde's bond be modified to require two cosigners instead of three.  Two new cosigners have already been interviewed and approved by the US Attorney's Office, and both have already signed the bond.  Thank you for your courtesy and attention to this matter.

Application GRANTED.

SO ORDERED.

*[signature]*
4/2/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Sincerely,

/s/

Donald J. Yannella, Esq.

      c.    AUSA Kedar Bhatia