USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

SALIFOU CONDE,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE,
ISSIAGA SYLLA, and
FALIKOU KONE,

                           Defendants.

-------------------------------------------------------------- X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 24, 2021, a Third Superseding Indictment was filed (Dkt. 181);

    WHEREAS on April 8, 2021, Mr. Conde, Mr. Sylla, and Mr. Gnahore appeared for arraignments and each entered a plea of not guilty to the Third Superseding Indictment;

    WHEREAS on April 8, 2021, the previously sealed Second Superseding Indictment was publicly filed (Dkt. 192);

    WHEREAS other than the addition of Mr. Kone and the deletion of Mr. Keita as a defendant, there are no substantive differences between the Second and Third Superseding Indictments;

    WHEREAS the Government has informed the parties and the Court that it intends to proceed to trial on the Second Superseding Indictment;

    WHEREAS on April 14, 2021, Mr. Bakayoko appeared for an arraignment and entered a plea of not guilty to the Second Superseding indictment;

    WHEREAS Mr. Kone is scheduled to be arraigned on April 27, 2021;

IT IS HEREBY ORDERED THAT:

1. Messrs. Conde and Bakayoko should be prepared to commence jury selection and trial on **July 6, 2021 at 10:00 a.m.** The Court will inform the parties as soon as it receives a firm trial date; at that time a date will be set for a final pretrial conference.

2. Messrs. Gnahore, Sylla and Kone should be prepared to commence trial in the fourth quarter of 2021.

**SO ORDERED.**

**Date: April 14, 2021**
**New York, New York**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**