```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                       :
                                                :
        -against-                               :
                                                :
SALIFOU CONDE,                                  :      19-CR-808 (VEC)
ABOUBAKAR BAKAYOKO,                             :
SYLVAIN GNAHORE,                                :      ORDER
ISSIAGA SYLLA, and                              :
FALIKOU KONE,                                   :
                                                :
                        Defendants.             :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS Messrs. Conde and Bakayoko are tentatively scheduled to commence jury selection and trial on **July 6, 2021 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. A final pretrial conference will be held on **June 24, 2021 at 2:00 p.m.** The conference will be held **in person** at 40 Foley Square in Courtroom 443.

2. As previously indicated, the Court will inform the parties as soon as it receives a firm trial date.

3. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between May 13, 2021 and July 6, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendants' and the public's interests in a speedy trial.

**SO ORDERED.**

Date: May 13, 2021
New York, New York

VALERIE CAPRONI
**United States District Judge**