USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

SALIFOU CONDE,
ABOUBAKAR BAKAYOKO,
SYLVAIN GNAHORE,
ISSIAGA SYLLA, and
FALIKOU KONE,

                        Defendants.

------------------------------------------------------------- X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Messrs. Conde and Bakayoko are tentatively scheduled to commence jury selection and trial on **July 6, 2021 at 10:00 a.m.;**

WHEREAS a final pretrial conference is scheduled for **June 24, 2021**;

IT IS HEREBY ORDERED THAT: Pursuant to the Undersigned's individual rule 10(B)(i), no later than **June 21, 2021**, the Government must submit an exhibit list and copies of all exhibits that it intends to use in its case-in-chief. The exhibit list must be a chart with four columns labeled: "Exhibit Number," "Document Description," "Identified," and "Admitted" (with the last two columns left blank). The exhibit list must be submitted to the Court in both PDF and Microsoft Word formats (by email or CD). The exhibits must be submitted to the Court in both PDF format (by CD) <u>and</u> in <u>two</u> tabbed, three-ring binders. All exhibits must be pre-marked.

**SO ORDERED.**

Date: May 24, 2021
     New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**