USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -against- : | |
| : | |
| SALIFOU CONDE, : | 19-CR-808 (VEC) |
| ABOUBAKAR BAKAYOKO, : | |
| : | ORDER |
| Defendants. : | |

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Messrs. Conde and Bakayoko are tentatively scheduled to commence jury selection and trial on **July 6, 2021 at 10:00 a.m.;**

IT IS HEREBY ORDERED THAT: In light of the CDC's announcement dated May 16, 2021, that fully vaccinated people can remove their masks indoors, the Court strongly urges all lawyers and defendants to get vaccinated as soon as possible. Although the Southern District of New York has not yet changed its mask requirements, it is conceivable that the requirements will change by the time this case begins trial so that persons who have been vaccinated need not be masked in court.

**SO ORDERED.**

Date: **May 28, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**