```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
-------------------------------------------------------X ELECTRONICALLY FILED
 UNITED STATES OF AMERICA          :                    DOC #:_____
                                   :                    DATE FILED: 6/3/2021
        -against-                  :
                                   :
 SALIFOU CONDE,                    :                    19-CR-808 (VEC)
 ABOUBAKAR BAKAYOKO,               :
                                   :                    ORDER
                       Defendants. :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On April 14, 2021, the Court informed the parties that it would hold an in-person trial starting on July 6, 2021, subject to availability and the status of the COVID-19 pandemic. *See* Dkt. 199. The Court accordingly requested a jury trial for that date. The Clerk's Office has now notified the Court that this case has been placed on the jury trial calendar for **July 7, 2021**. The case must be trial-ready for that date. The case is second on the list for jury trials for that day. This means that the case will not proceed on July 7, 2021, if the other trial scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible either shortly before July 7, 2021 or thereafter. The parties should be prepared to commence trial **as early as June 29, 2021** or on **any day in July**. The

parties should immediately inform the Court of any conflicting trials in July. The Court will endeavor to give the parties one week's notice of their trial date.

Unless the Court orders otherwise, the final pretrial conference will be held **in person** on **June 24, 2021 at 2:00 p.m.**

**SO ORDERED.**

**Date: June 3, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**