USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA         :
                                 :
    -against-                    :
                                 :
SALIFOU CONDE,                   :    19-CR-808 (VEC)
                                 :
                    Defendant    :    ORDER
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED THAT:

1. Jury selection and trial will commence on **June 23, 2021 at 10:00 a.m.**

2. A final pretrial conference will be held **in person** on **June 17, 2021 at 2:00 p.m.** in Courtroom 443.

3. Pursuant to the Undersigned's individual rule 10(B)(i), no later than **June 17, 2021**, the Government must submit an exhibit list and copies of all exhibits that it intends to use in its case-in-chief. The exhibit list must be a chart with four columns labeled: "Exhibit Number," "Document Description," "Identified," and "Admitted" (with the last two columns left blank). The exhibit list must be submitted to the Court in both PDF and Microsoft Word formats (by email or CD). The exhibits must be submitted to the Court in both PDF format (by CD) and in two tabbed, three-ring binders. The Government need not provide paper copies of voluminous bank records. All exhibits must be premarked.

**SO ORDERED.**

Date: June 4, 2021
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**