```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :       19-CR-808 (VEC)
     -against-                              :
                                            :               ORDER
SALIFOU CONDE,                              :
                                            :
                                            :
                                            :
                    Defendant     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS jury selection in this case is scheduled to begin on June 23, 2021;

IT IS HEREBY ORDERED that: Due to scheduling concerns, jury selection will occur on **June 24, 2021 at 10:00 a.m.** The parties should be prepared to discuss at the final pretrial conference whether openings and testimony should commence on June 25, 2021 or June 28, 2021.

**SO ORDERED.**

**Date: June 15, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**