```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                              :
                                                      :
        -against-                                     :
                                                      :
SALIFOU CONDE,                                        :       19-CR-808 (VEC)
                                                      :
                                    Defendant         :       ORDER
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a jury trial in this case began on June 24, 2021;

WHEREAS on June 29, 2021, Defendant was found guilty on Counts One, Two, and Three of the Second Superseding Indictment;

IT IS HEREBY ORDERED THAT:

1. Post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33 are due **July 30, 2021**. Oppositions are due **August 27, 2021**. Replies are due **September 13, 2021**.

2. Defendant's sentencing will be held in person on **September 23, 2021 at 2:00 p.m**. in Courtroom 443. Sentencing submissions are due by **September 9, 2021.**

**SO ORDERED.**

**Date: June 29, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021