USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
: 19-CR-808-1 (VEC)
   - v. - :
: ORDER
:
SALIFOU CONDE, :
:
                     Defendant. :
-----------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS a jury trial in this case began on June 24, 2021;

WHEREAS on June 29, 2021, Defendant was found guilty on Counts One, Two, and Three of the Second Superseding Indictment;

WHEREAS Defendant failed to present clear and convincing evidence that he was not a risk of flight;

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3143(a), the defendant is remanded to the custody of the United States Marshal and ordered detained pending sentence.

SO ORDERED:

Dated:    New York, New York
            June 29, 2021

                                       _____
                                       VALERIE CAPRONI
                                       United States District Judge