USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2021

**MEMO ENDORSED**

Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  **233 Broadway, Suite 2370**
**River Edge, NJ  07661**  **New York, NY  10279**
(Preferred mailing address)

July 29, 2021

Hon. Valerie E. Caproni
United State District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Salifou Conde
       19 Cr. 808 (VEC)

Hon. Valerie E. Caproni:

I am counsel for Salifou Conde, who was remanded on June 29, 2021, after the jury convicted him of the three counts in the indictment. The deadline for the filing of any Rule 29 or Rule 33 motions was set for July 30, 2021, with Government opposition due by August 27, 2021, and any reply due September 9, 2021.

With the consent of AUSA Danielle Kudla, I respectfully request that the schedule be amended to make any Rule 29 or Rule 33 motions due by August 13, 2021, Government opposition due by September 10, 2021, and any reply due by September 17, 2021.

Sincerely,

/s/

Donald J. Yannella, Esq.

Application GRANTED.  The above briefing schedule is adopted.

SO ORDERED.

[signature]   7/29/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE