```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :
                                    :
SALIFOU CONDE,                      :   19-CR-808 (VEC)
                                    :
                        Defendant   :   ORDER
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for September 23, 2021;

IT IS HEREBY ORDERED THAT: Due to a scheduling conflict, the sentencing will be held on **September 27, 2021 at 11:00 a.m**. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Sentencing submissions are due **September 13, 2021.**

Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0808. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: **August 20, 2021**
      **New York, New York**

_____
         **VALERIE CAPRONI**
         **United States District Judge**