

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2021



**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2021
```

Re:  *United States v. Salifou Conde et al.*, S2 19 Cr. 808 (VEC)

Dear Judge Caproni:

The Government writes on behalf of the parties to jointly request a 45-day adjournment to the presently scheduled September 27, 2021 sentencing hearing in the above-referenced case. Sentencing submissions are presently due on September 13, 2021. The parties, however, are not in receipt of a draft presentence investigation report (the "PSR"). Additionally, the parties are also in discussion regarding restitution and forfeiture amounts, which may impact the parties sentencing submissions. To allow the parties time to receive and review the draft and final PSR in accordance with the deadlines outlined in Federal Rule of Criminal Procedure 32 and to determine if there are any contested issues related to forfeiture and restitution, the parties respectfully request that the presently scheduled sentencing hearing be adjourned by approximately 45 days with sentencing submissions due two weeks prior to the sentencing date selected by the Court.

Application GRANTED. The sentencing is adjourned to **November 17, 2021 at 2:30 p.m.** The sentencing will be held in person in Courtroom 443. Sentencing submissions are due by **November 3, 2021.**

SO ORDERED.

*[signature: Valerie Caproni]*
9/8/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  /s/
Danielle M. Kudla
Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-2304 / 2216

cc:  Donald Yanella, Esq. (by ECF)