Law Offices of
# Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**                                    **233 Broadway, Suite 2370**
**River Edge, NJ  07661**                                         **New York, NY  10279**
                                                                  (Preferred mailing address)

October 6, 2021

Hon. Valerie E. Caproni
United State District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021

    Re:    United States v. Salifou Conde
             19 Cr. 808 (VEC)

Hon. Valerie E. Caproni:

      I am counsel for Salifou Conde, who was remanded on June 29, 2021, after a jury convicted him of the three counts in the indictment.

      Mr. Conde has requested that I renew his application for bond pending sentence, and he requests release to home detention with electronic monitoring. Mr. Conde's mother, Nisra Toure, was diagnosed with breast cancer. She is currently living alone at 58 Stegman Street, 2nd floor, Jersey City, New Jersey, 07305. Mr. Conde learned about this diagnosis yesterday when his sister-in-law advised him about it after a visit. Nobody is available to take care of Mr. Conde's mother, and he requests release to live with her and assist her.

      The same four cosigners we proposed in our last bond application (Abdoul Soumah, Amara Camara, Shaquana Nicole Edwards, and Aminata Conde) are still willing to sign. Prior to the last bond hearing, on July 21, 2021, we provided contact information and documents for those four cosigners to the United States Attorney's Office.

                                        Sincerely,

                                        /s/

                                        Donald J. Yannella, Esq.

Mr. Conde's application for bond pending sentencing is DENIED.

Sentencing will proceed, as scheduled, on **November 17, 2021** with the parties' sentencing submissions due **November 3, 2021**.

SO ORDERED.

*[signature]*    10/6/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE