```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
 UNITED STATES OF AMERICA                                    :
                                                             :   19-CR-808 (VEC)
            -against-                                        :
                                                             :   ORDER
 SALIFOU CONDE,                                              :
                                                             :
                                      Defendant.             :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 17, 2024, Defendant appeared before the Court for a conference regarding his compliance with the terms of supervised release.

IT IS HEREBY ORDERED that the parties must appear for a conference on **December 6, 2024 at 2:30PM** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that if Defendant has not obtained full-time verifiable employment by that date, the Court will likely impose community service as a special condition of supervised release.

**SO ORDERED.**

**Date:  October 17, 2024**
**          New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**