USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA          :

         :        19-CR-808 (VEC)

     -against-          :

         :          ORDER

SALIFOU CONDE,          :

         :

         Defendant.      :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 6, 2024, Defendant appeared before the Court for a conference regarding his compliance with the terms of supervised release.

IT IS HEREBY ORDERED that Defendant must provide the following information to Probation on the following schedule:

- A screenshot of the direct deposit of income from GoMoFlex into Defendant's TD Bank account by **December 9, 2024**

- A current monthly bank account statement for all of Defendant's bank accounts by **December 31, 2024**

- Proof of a New York state driver's license, New York state car registration, and New York state car insurance by **January 6, 2025**

IT IS FURTHER ORDERED that Defendant must send proof of his daily schedule of deliveries to his Probation Officer at the beginning of each work day until Probation directs him otherwise.

IT IS FURTHER ORDERED THAT Defendant must submit completed financial disclosure forms as required by the Financial Litigation Unit to that unit by **December 31, 2024**.

IT IS FURTHER ORDERED that Probation Office must provide a status update by no later than **January 8, 2025**, confirming that Defendant has corrected the car insurance and registration issues that were discussed at the conference and confirming that the other required disclosures have been made.

**SO ORDERED.**

**Date:  December 6, 2024**
      **New York, NY**

           **VALERIE CAPRONI**
           **United States District Judge**