USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA         :
                                 :     19-CR-808 (VEC)
         -against-               :
                                 :     ORDER
SALIFOU CONDE,                   :
                                 :
                    Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 8, 2025, Probation provided an update as to Defendant's compliance with the terms of supervised release.

IT IS HEREBY ORDERED that the parties must appear for a conference on **January 17, 2025 at 2:00PM** in in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: January 10, 2025
New York, NY

                                                                    VALERIE CAPRONI
                                                                    United States District Judge

---

[1] Please note this is a new courtroom for the Undersigned.