USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :      19-CR-808 (VEC)
          -against-                :
                                   :      ORDER
SALIFOU CONDE,                     :
                                   :
                      Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a conference on January 17, 2025 at 2:00 P.M.

IT IS HEREBY ORDERED that the conference is ADJOURNED to **January 28, 2025 at 10:00 A.M.** in in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: January 17, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.