USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :    19-CR-808 (VEC)
         -against-                         :
                                           :    ORDER
SALIFOU CONDE,                             :
                                           :
                         Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Probation charged Defendant with seven violations of supervised release in its January 24, 2025 report;

WHEREAS the parties appeared before the Court on January 28, 2025 at 11:45 A.M; and

WHEREAS Defendant pled not guilty to the seven violations.

IT IS HEREBY ORDERED that the VOSR hearing is scheduled for **February 19, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties must submit a joint letter by no later than **February 7, 2025**, indicating whether either side anticipates calling live witnesses at the hearing and, if so, identify the witness and provide a short summary of the witness's anticipated testimony. If the government is calling a live witness, the 3500 material should be turned over and provided to the court by **February 12, 2025**.

**SO ORDERED.**

Date: January 28, 2025
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**