**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/25

Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **52 Duane Street, 7th floor**
**Ridgewood, NJ 07450**  **New York, NY 10007**

February 5, 2025

Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re: United States v Salifou Conde, 19 Cr. 808 (VEC)

Dear Judge Caproni,

I am appointed to represent Salifou Conde, who entered a plea of not guilty on January 28, 2025, to seven specifications alleging violations of post-release supervision. An evidentiary hearing is scheduled for February 19, 2025. The parties are required to make a joint submission by February 7, 2025, indicating whether "either side anticipates calling live witnesses at the hearing" and, if so, identifying the witness and providing "a short summary of the witness's anticipated testimony." (ECF No. 602). Today, the Government extended a potential plea offer in connection with these supervised release proceedings. I have not yet had an opportunity to discuss that offer with Mr. Conde.

The purpose of this letter is to inform the court that Mr. Conde has requested that I withdraw and that new counsel be appointed.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/
Donald J. Yannella, Esq.

---

The parties must appear for a conference on **Monday, February 10, 2025** at **11:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

In the interim, Mr. Yannella must discuss the plea offer with Mr. Conde.

SO ORDERED.

2/5/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE