USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

SALIFOU CONDE,

                                Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 5, 2025, Mr. Conde asked for his assigned counsel to be relieved, *see* Dkt. 603; and

    WHEREAS the parties appeared for a conference on February 10, 2025, at which the Court relieved current counsel from his representation of Mr. Conde and warned Mr. Conde that if he came to dislike his newly appointed counsel, the Court would not appoint a third counsel to represent him (i.e., his choice would be to proceed with the new CJA counsel, hire counsel, or proceed pro se).

    WHEREAS the Court also warned Mr. Conde that changing counsel would not disrupt the schedule regarding the charged violation of supervised release ("VOSR") as the hearing on the charged VOSR will proceed as scheduled on February 19, 2025.

    IT IS HEREBY ORDERED that Mr. Daniel McGuinness is appointed to represent Mr. Conde pursuant to the Criminal Justice Act, , 18 U.S.C. § 3006A.  Mr. McGuinness is directed to file a notice of appearance and contact Mr. Conde promptly.

**SO ORDERED.**

Dated: February 10, 2025
      New York, NY

                                                               **VALERIE CAPRONI**
                                                                **United States District Judge**