USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                         :

        -against-                                    :                    19-CR-808 (VEC)

                                   :                      ORDER

SALIFOU CONDE,                                      :

                     Defendant.      :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 24, 2025, Probation charged Mr. Conde with violating the terms of supervised release;

      WHEREAS on February 25, 2025, the Court held a hearing on Specifications Three through Seven of the January 24, 2025 report; and

      WHEREAS the Court dismissed Specifications 1 and 2 and found that the government had proved Specifications Three, Four, Six, and Seven by a preponderance of the evidence and had not proven Specification Five.

      IT IS HEREBY ORDERED that Mr. Conde's sentencing is scheduled for **April 3, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that the parties' sentencing submissions must be filed by no later than **March 20, 2025**.

**SO ORDERED.**

Date:  February 25, 2025
      New York, NY

_____
           **VALERIE CAPRONI**
        **United States District Judge**