USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA        :
                                :   19-CR-808 (VEC)
            -against-           :
                                :   ORDER
SALIFOU CONDE,                  :
                                :
                    Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 4, 2025, Mr. Conde asked for his assigned counsel to be relieved so that he can proceed *pro se*, *see* Dkt. 619;

WHEREAS the parties appeared for a conference on March 6, 2025, at which the Court relieved Mr. Daniel McGuinness from his representation of Mr. Conde; and

WHEREAS the Court reminded Mr. Conde that his sentencing will proceed on April 3, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, and that sentencing submissions are due March 20, 2025. *See* Dkt. 616.

IT IS HEREBY ORDERED that Mr. Daniel McGuinness is appointed as stand by counsel to Mr. Conde pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Conde at 745 Fox Street, Apt. 407, Bronx, N.Y. 10455.

To maximize efficiency and to ensure that he sees all docketed items in a timely manner, the Court encourages Mr. Conde to consider registering to receive documents electronically using the Pro Se Office's consent form, available at https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

**SO ORDERED.**

**Dated: March 6, 2025**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**