UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2026
```

------------------------------------------------------------ X

UNITED STATES OF AMERICA          :

                                  :          19-CR-808 (VEC)

     -against-                    :

                                  :          ORDER

SALIFOU CONDE,                    :

                                  :

                    Defendant.    :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 10, 2026, Probation provided the Court with an update as to

Defendant's compliance with the terms of supervised release.

IT IS HEREBY ORDERED that the parties must appear for a conference on **Tuesday,**

**March 24, 2026, at 3:00 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 11, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**