USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA                          :
                                                  :          19-CR-808 (VEC)
        -against-                                 :
                                                  :          ORDER
SALIFOU CONDE,                                     :
                                                  :
                          Defendant.              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 24, 2026, the parties appeared before the Court.

IT IS HEREBY ORDERED that the parties must appear for a conference on **Tuesday, June 16, 2026, at 10:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 24, 2026**
**        New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**