UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------  X
UNITED STATES OF AMERICA                                        :
                                                                :
          -against-                                             :
                                                                :
SALIFOU CONDE,                                                  :
                                                                :
                              Defendant.                        :
--------------------------------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2026

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 16, 2026, the parties appeared before the Court.

IT IS HEREBY ORDERED that Probation must provide a status report on Mr. Conde's employment status to the Court **no later than September 18, 2026**. All the same conditions of supervision remain in effect through that date.

**SO ORDERED.**

**Date:  June 16, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**